Cody Cooper, Bar No. 304730
Ccooper@termechilaw.com
TERMECHI EMPLOYMENT LAW
15760 Ventura Blvd., Suite 2000
Encino, CA 91436
Telephone:     310.974.3324

Attorneys for Plaintiff
NASON CARRANZA

Sharon S. Mequet, Bar No. 150331
smequet@littler.com
LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine, California 92612
Telephone: 949.705.3071

Attorneys for Defendants
THE RITZ-CARLTON HOTEL COMPANY,
LLC, MARRIOTT INTERNATIONAL, INC.,
JIMENA FRIAS, WENDY HUNTER, and ERIC
STEWART

LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine, California 92612
949.705.3000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NASON CARRANZA, an individual,<br><br>                    Plaintiff,<br><br>        v.<br><br>THE RITZ-CARLTON HOTEL COMPANY, LLC, a limited liability company; MARRIOTT INTERNATIONAL, INC., a corporation; JIMENA FRIAS, an individual; WENDY HUNTER, an individual; ERIC STEWART, an individual; and DOES 1 through 50, inclusive,<br><br>                    Defendants. | Case No. 2:25-cv-3772-TLN-CSK<br><br>**JOINT STIPULATION TO ARBITRATE; ORDER**<br><br>*(Complaint originally filed in Placer County Superior Court)* |

JOINT STIPULATION TO ARBITRATE

**JOINT STIPULATION TO ARBITRATE**

Plaintiff NASON CARRANZA (hereinafter "Plaintiff") and Defendants THE RITZ-CARLTON HOTEL COMPANY, LLC, MARRIOTT INTERNATIONAL, INC., JIMENA FRIAS, WENDY HUNTER, and ERIC STEWART ("Defendants") (collectively, the "Parties"), through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on October 9, 2025, Plaintiff filed this action against Defendants in Placer County Superior Court alleging the following employment-related causes of action: (1) Wrongful Termination in Violation of Public Policy; (2) Retaliation in Violation of Labor Code §§1102.5 and 98.6; (3) Failure to Provide Meal Breaks in Violation of Labor Code § 226.7; (4) Failure to Provide Rest Breaks in Violation of Labor Code § 226.7; (5) Failure to Provide Accurate Wage Statements in Violation of Labor Code § 226; (6) Waiting Time Penalties Pursuant to Labor Code §§ 201 and 203; and (7) Failure to Reimburse Business Expense.

WHEREAS, on June 4, 2025, Plaintiff signed and entered into a mutual binding arbitration agreement with Defendant The Ritz-Carlton Hotel Company, LLC ("Arbitration Agreement"), which provides all claims or controversies arising out of or related to Plaintiff's employment or its termination, including "wrongful termination claims; wage claims . . . and claims for violation of any federal, state, local or other governmental law, constitution, statute, regulation . . . " are subject to binding mutual arbitration.

WHEREAS, on December 31, 2025, Defendants removed the action to this Court based on diversity jurisdiction.

WHEREAS, the Parties agree that the claims alleged in this action are subject to mutual binding arbitration under the Arbitration Agreement.

WHEREAS, the Parties further agree that they will participate in a half-day private mediation with Mediator Angela Reddock-Wright on July 9, 2026.

NOW THEREFORE, Plaintiff and Defendants STIPULATE and AGREE that all claims alleged in the Complaint shall be submitted to binding arbitration, subject to the terms below:

1.     The Parties agree to submit this matter to binding arbitration in accordance with the Arbitration Agreement, a copy of which is attached hereto as Exhibit A.

JOINT STIPULATION TO ARBITRATE

LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine, California 92612
949.705.3000

2.     The Parties agree to stay all proceedings and deadlines in this case until arbitration has been completed; provided, however, that this stipulation shall not be construed as a waiver of any party's right to seek dismissal of this case upon completion of the binding arbitration or the entry of judgment on the arbitration award.

3.     Within 30 days after an arbitration award is issued and any post-award proceedings before the arbitrator are complete, the Parties shall file a joint status report advising the Court whether any further action by this Court is required (e.g., to confirm, modify, or vacate the award, or to dismiss this action).

4.     By signing this stipulation, counsel of record for both Plaintiff and Defendants represent that they have full authority from their respective clients to enter into this stipulation on their behalf.

**SO STIPULATED AND AGREED.**

Dated:  February 17, 2026                    TERMECHI EMPLOYMENT LAW

                                            /s/ Cody R. Cooper, Esq.
                                            _____
                                            Cody Cooper

                                            Attorneys for Plaintiff
                                            NASON CARRANZA

Dated:  February 17, 2026                    LITTLER MENDELSON, P.C.

                                            /s/ Sharon S. Mequet
                                            _____
                                            Sharon S. Mequet

                                            Attorneys for Defendants
                                            THE RITZ-CARLTON HOTEL COMPANY, LLC,
                                            MARRIOTT INTERNATIONAL, INC., JIMENA
                                            FRIAS, WENDY HUNTER, and ERIC STEWART

LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine, California 92612
949.705.3000

3

JOINT STIPULATION TO ARBITRATE

**ORDER**

Pursuant to the Joint Stipulation to Arbitrate of Plaintiff NASON CARRANZA ("Plaintiff") and Defendants THE RITZ-CARLTON HOTEL COMPANY, LLC, MARRIOTT INTERNATIONAL, INC., JIMENA FRIAS, WENDY HUNTER, and ERIC STEWART ("Defendants") and the Arbitration Agreement entered into by Plaintiff and Defendants, it is hereby ordered that:

1.     All claims alleged in Plaintiff's Complaint against Defendants shall be submitted to binding arbitration pursuant to the terms set forth in the Arbitration Agreement; and

2.     This action is stayed pending the completion of arbitration.

**IT IS SO ORDERED.**

DATED:  February 17, 2026

_____

Troy L. Nunley
Chief United States District Judge

LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine, California 92612
949.705.3000

4

ORDER